UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILIP J. MOSS, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 09-6164 (JAP) |
| v. : | |
| : | **ORDER** |
| MONMOUTH MEDICAL CENTER, INC., CITY : | |
| OF LONG BRANCH, PATRICK JOYCE, : | |
| KRISTIE BUBLE, SEAN DRUMM, ROSS : | |
| ZOTTI, JOHN DOES 1-10 AND JANE DOES : | |
| 1-10, : | |
| : | |
| Defendants. : | |

PISANO, District Judge.

It appearing that proceedings in the above matter have been stayed pending the return of Defendant Ross Zotti from active military duty,

It is on this 3rd day of February, 2010,

**ORDERED** that the Clerk administratively terminate the action in this record, without prejudice to the right of the parties and cross/counter-claimants to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose required to obtain a final determination of the litigation.

    S/ JOEL A. PISANO
    JOEL A. PISANO
    United States District Judge