UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILIP J. MOSS | 09-cv-06164-JAP-DEA |
| Plaintiff, | *Civil Action* |
| MONMOUTH MEDICAL CENTER, INC., CITY OF LONG BRANCH, PATRICK JOYCE, KRISTIE BUBLE, SEAN DRUMM, ROSS ZOTTI, CHRISTINA DAVID and DEEPA MATTHEW, GLORIA DIFILIPPO, JOHN DOES 1-10 AND JANE DOES 1-10, | STIPULATION of DISMISSAL WITH PREJUDICE |
| Defendants. | |

**It is stipulated and agreed** among the parties hereto that the above captioned matter is dismissed with prejudice.

CONSENT AS TO FORM AND ENTRY:

/s/Daniel Louis Grossman, Esq.
11 Commerce Drive
Cranford, New Jersey 07016
(908) 272-4114
Attorney for plaintiff

RECEIVED
JUN 23 2011
AT 8:30
WILLIAM T. WALSH    M
CLERK

/s/ Paola Tripodi Kaczynski, Esq.
WILLIAM J. FERREN & ASSOC.
1500 Market Street, Suite 2920
Philadelphia, PA 19102
(267) 675-3009
Attorney for Defendants, City of Long Branch, Patrick Joyce, Kristie Buble, Sean Drumm, and Ross Zotti

/s/Robert A. Giannone, Esq.
Robert A. Gianonne, Esq.
RONAN, TUZZIO, & GIANNONE

One Hovchild Plaza
4000 Route 66
Tinton Falls, NJ 07753-7308
(732) 922-3300
Attorney for Defendant Monmouth Medical Center,
Christina David, Deepa Matthew,
and Gloria Difilippo

/s/Judson B. Barrett
Barrett And Pavluk, LLC
1200 Eagle Avenue -Suite 204
Ocean, NJ 07712
732-493-2800
Attorney for Defendants Patrick Joyce,
Kristie Buble, Sean Drumm, and Ross Zotti

So Ordered:

_____
HONORABLE JOEL A. PISANO, U.S.D.J.